IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| v. | ) | |
| | ) | |
| Dallas Dean Carsen, | ) | Case No.: 1:24-cr-00106 |
| | ) | |
| Defendant. | ) | |

On August 8, 2024, Defendant made his initial appearance and was arraigned in the above-entitled action. SAUSA Paul Jensen appeared on the Government's behalf. Attorney Ross Espeseth was appointed to represent Defendant in this matter and appeared on Defendant's behalf.

Prior to his initial appearance, Defendant was incarcerated by the State of North Dakota at the Heart of America Correctional and Treatment Center in Rugby, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At the initial appearance and arraignment, Defendant was advised of his rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant did not waive anti-shuttling provisions of the IADA at that time, and the court ordered Defendant detained pending further proceedings.

On August 15, 2024, Defendant appeared for a detention hearing, during which he waived his right to a detention hearing and advised the court of his desire to return to State of North Dakota custody. The court accepted Defendant's waiver of the detention hearing, finding it was made

knowingly, voluntarily, intelligently, and upon advice of counsel. The court also found Defendant waived the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) at the Heart of America Correctional and Treatment Center pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

According, the court **ORDERS** that Defendant be housed in the "sending state" under the IADA pending further proceedings or until further order of the court. Further, pursuant to Defendant's waiver, the return of Defendant to Heart of America Correctional and Treatment Center pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 15th day of August, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court